

Your Missouri Courts          casa.net

Search for Cases by: Select Search Method...  ▾

Judicial Links | eFiling | Help | Contact Us | Print          GrantedPublicAccess Logoff STEVENAHILLEN

| 19SL-CC05634 - GARY MATTINGLY V MILLER TRANSPORTERS, INC. D ET AL (E-CASE) |

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Click here to eFile on Case          Sort Date Entries: ● Descending    Display Options:
Click here to Respond to Selected Documents    ○ Ascending          All Entries ▾

**01/10/2020**  ☐ **Agent Served**
Document ID - 19-SMOS-1319; Served To - MILLER TRANSPORTERS, INC.; Server - ; Served Date - 08-JAN-20; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Certificate of Service**
Certificate of Service.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** GARY MATTINGLY

☐ **Notice of Service**
Affidavit of Service on Defendant Miller Transporters, Inc.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** GARY MATTINGLY

**01/08/2020**  ☐ **Summons Personally Served**
Document ID - 19-SMOS-1320; Served To - ROLLINS, DERYEL; Server - ; Served Date - 28-DEC-19; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**01/07/2020**  ☐ **Certificate of Service**
Certificate of Service.
**Filed By:** MATTHEW P O'GRADY

☐ **Notice of Service**
Affidavit of Service on Defendant Deryel Rollins.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** GARY MATTINGLY

**12/19/2019**  ☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 19-SMOS-1320, for ROLLINS, DERYEL. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 19-SMOS-1319, for MILLER TRANSPORTERS, INC.. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**12/10/2019**  ☐ **Filing Info Sheet eFiling**
**Filed By:** MATTHEW P O'GRADY

☐ **Note to Clerk eFiling**
**Filed By:** MATTHEW P O'GRADY

☐ **Motion Special Process Server**
Request for Appointment of Process Server.
**Filed By:** MATTHEW P O'GRADY
**On Behalf Of:** GARY MATTINGLY

☐ **Pet Filed in Circuit Ct**
Petition.


EXHIBIT
A

☐ **Judge Assigned**
DIV 21

Electronically Filed - St Louis County - January 10, 2020 - 02:40 PM

## AFFIDAVIT OF SERVICE

| Case: 19SL-CCO5634 | Court: CIRCUIT | County: ST. LOUIS | Job: 4161626 |
|---|---|---|---|
| Plaintiff / Petitioner: GARY MATTINGLY | | Defendant / Respondent: Miller Transporters, Inc. d/b/a Miller Transporters | |
| Received by: Moffett Process Service | | For: Onder Law | |
| To be served upon: CORPORATION SERVICE COMPANY or it authorized agent | | | |

I, Christeen Moffett, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   CORPORATION SERVICE COMPANY or it authorized agent; Robbie Keys, 7716 Old Canton Road suite C, Madison, MS 39110

**Manner of Service:**   Authorized, Jan 8, 2020, 11:30 am CST

**Documents:**   Summons, Petition, Interrogatories and Request for Production

**Additional Comments:**
1) Successful Attempt: Jan 8, 2020, 11:30 am CST at 7716 Old Canton Road suite C, Madison, MS 39110 received by CORPORATION SERVICE COMPANY or it authorized agent; Robbie Keys. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 220; Height: 5'5"; Hair: Brown; Relationship: Authorized Agent;
Arrived at CORPORATION SERVICE COMPANY and served its authorized agent Robbie Keys.

Christeen Moffett

01/09/2020

Christeen Moffett                Date

Moffett Process Service
1132 RIDGEWOOD BLVD
JACKSON, MS 39211
6013310047

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

1/9/2020        2/1/2021

Date        Commission Expires

STATE OF MISSISSIPPI
JANE ARMSTRONG
NOTARY PUBLIC
ID No. 119027
My Comm. Expires
Feb. 1, 2021
RANKIN COUNTY

Electronically Filed - St Louis County - January 10, 2020 - 02:40 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 19SL-CC05634 |
| Plaintiff/Petitioner:<br>GARY MATTINGLY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 EAST LOCKWOOD<br>SAINT LOUIS, MO 63119 |
| Defendant/Respondent:<br>MILLER TRANSPORTERS, INC.<br>DBA:  MILLER TRANSPORTERS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  MILLER TRANSPORTERS, INC.
DBA:  MILLER TRANSPORTERS
C/O CORPORATION SERVICE COMPAN
7716 OLD CANTON ROAD, SUITE C
MADISON, MS  39110



**COURT SEAL OF**

**ST. LOUIS COUNTY**

　　　　You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
　　　　**SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>19-DEC-2019</u>
Date
Further Information:
AD

_____ Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____ | _____
Printed Name of Sheriff or Server | Signature of Sheriff or Server

　　　　　　　　　　**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
　　　　　　　　　　I am: (check one) ☐ the clerk of the court of which affiant is an officer.
　　　　　　　　　　☐ the judge of the court of which affiant is an officer.
*(Seal)*　　　　　　☐ authorized to administer oaths in the state in which the affiant served the above summons.
　　　　　　　　　　　　(use for out-of-state officer)
　　　　　　　　　　☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

Electronically Filed - St Louis County - January 10, 2020 - 02:48 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

GARY MATTINGLY          )
                        )
    Plaintiff,          )
                        )
v.                      )          Cause No.:          19SL-CC05634
                        )
                        )          Division No.:       21
MILLER TRANSPORTERS, INC.          )
d/b/a MILLER TRANSPORTERS, et al.,          )
                        )
    Defendants.          )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's First Interrogatories and First Request for Production of Documents Directed to Defendant Miller Transporters, Inc. d/b/a Miller Transporters were served simultaneously with the Summons and Petition by special process server, Moffett Process Service, on January 8, 2020.

**ONDERLAW, LLC**

By:     /s/ Matthew P. O'Grady
            Matthew P. O'Grady, #47543
            110 East Lockwood Avenue
            St. Louis, MO 63119
            Tel:    (314) 963-9000
            Fax:    (314) 963-1700
            ogrady@onderlaw.com

            *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was eFiled with the Clerk of the Circuit Court on this 10th day of January 2020.

             /s/ Matthew P. O'Grady

Electronically Filed - St. Louis County - January 10, 2020 - 02:40 PM

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 19SL-CCO5634 | CIRCUIT | ST. LOUIS | 4161626 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| GARY MATTINGLY | Miller Transporters, Inc. d/b/a Miller Transporters |

| Received by: | For: |
|---|---|
| Moffett Process Service | Onder Law |

| To be served upon: |
|---|
| CORPORATION SERVICE COMPANY or it authorized agent |

I, Christeen Moffett, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   CORPORATION SERVICE COMPANY or it authorized agent; Robbie Keys, 7716 Old Canton Road suite C, Madison, MS 39110

**Manner of Service:**   Authorized, Jan 8, 2020, 11:30 am CST

**Documents:**   Summons, Petition, Interrogatories and Request for Production

**Additional Comments:**
1) Successful Attempt: Jan 8, 2020, 11:30 am CST at 7716 Old Canton Road suite C, Madison, MS 39110 received by CORPORATION SERVICE COMPANY or it authorized agent; Robbie Keys. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 220; Height: 5'5"; Hair: Brown; Relationship: Authorized Agent;
Arrived at CORPORATION SERVICE COMPANY and served its authorized agent Robbie Keys.

Christeen Moffett                         Date: 01/09/2020

**Christeen Moffett**          **Date**

Moffett Process Service
1132 RIDGEWOOD BLVD
JACKSON, MS 39211
6013310047

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date: 1/9/2020          Commission Expires: 2/1/2021

**Date**          **Commission Expires**

Electronically Filed - St Louis County - January 10, 2020 - 02:40 PM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  19SL-CC05634 |
| Plaintiff/Petitioner:<br>GARY MATTINGLY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 EAST LOCKWOOD<br>SAINT LOUIS, MO  63119 |
| Defendant/Respondent:<br>MILLER TRANSPORTERS, INC.<br>DBA:  MILLER TRANSPORTERS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:  MILLER TRANSPORTERS, INC.
**DBA:  MILLER TRANSPORTERS**
C/O CORPORATION SERVICE COMPAN
7716 OLD CANTON ROAD, SUITE C
MADISON, MS 39110



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>19-DEC-2019</u>
Date
Further Information:
AD

_____
Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                       (use for out-of-state officer)
                    ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

Electronically Filed - St Louis County - January 07, 2020 - 03:12 PM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 19SL-CC05634 |
| Plaintiff/Petitioner:<br>GARY MATTINGLY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 EAST LOCKWOOD<br>SAINT LOUIS, MO 63119 |
| Defendant/Respondent:<br>MILLER TRANSPORTERS, INC.<br>DBA:  MILLER TRANSPORTERS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: DERYEL ROLLINS

Alias:

712 BLUEBONNET LANE
MARSHALL, TX 75672



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

19-DEC-2019
Date

Further Information:
AD

_____
Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _Process Server_ of _Harrison_ County, _Texas_ (state).
3.  I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other (describe)

Served at _712 Bluebonnet Lane, Marshall, Tx._ (address)
in _Harrison_ County, _Texas_ (state) on _December 28, 2019_ (date) at _2:22 pm_ (time).

_Donna Weaver_                                      _Dona Weaver_
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

Subscribed and Sworn To me before this _2_ (day) _January_ (month) _2020_ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☑ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_Jana L. Hernandez_                     _Notary Public_
Signature and Title

JANA L. HERNANDEZ
NOTARY PUBLIC
STATE OF TEXAS
ID # 10886357
My Comm. Expires 06-28-2021

Electronically Filed - St Louis County - January 07, 2020 - 03:31 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

| | | |
|---|---|---|
| GARY MATTINGLY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.:      19SL-CC05634 |
| v. | ) | |
| | ) | Division No.:      21 |
| MILLER TRANSPORTERS, INC. | ) | |
| d/b/a MILLER TRANSPORTERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's First Interrogatories and First Request for Production of Documents Directed to Defendant Deryel Rollins were served simultaneously with the Summons and Petition by special process server, Dakota Process, on December 28, 2019.

**ONDERLAW, LLC**

By:      /s/ Matthew P. O'Grady
Matthew P. O'Grady, #47543
110 East Lockwood Avenue
St. Louis, MO 63119
Tel:     (314) 963-9000
Fax:     (314) 963-1700
ogrady@onderlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was eFiled with the Clerk of the Circuit Court on this 7th day of January 2020.

  /s/ Matthew P. O'Grady

Electronically Filed - St Louis County - January 07, 2020 - 03:12 PM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 19SL-CC05634 |
|---|---|
| NANCY WATKINS MCLAUGHLIN | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address: |
| GARY MATTINGLY | MATTHEW P O'GRADY |
| | 110 EAST LOCKWOOD |
| vs. | SAINT LOUIS, MO 63119 |
| Defendant/Respondent: | Court Address: |
| MILLER TRANSPORTERS, INC. | ST LOUIS COUNTY COURT BUILDING |
| DBA:  MILLER TRANSPORTERS | 105 SOUTH CENTRAL AVENUE |
| Nature of Suit: | CLAYTON, MO 63105 |
| CC Pers Injury-Vehicular | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to: DERYEL ROLLINS

Alias:

712 BLUEBONNET LANE
MARSHALL, TX 75672



COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

19-DEC-2019
Date
Further Information:
AD

_____ Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Process Server_ of _Harrison_ County, _Texas_ (state).
3. I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other (describe) _____

Served at _712 Bluebonnet Lane, Marshall, Tx._ (address)
in _Harrison_ County, _Texas_ (state) on _December 28, 2019_ (date) at _2:22 pm_ (time).

_Donna Weaver_                    _Don Weaver_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Subscribed and Sworn To me before this _2_ (day) _January_ (month) _2020_ (year)
I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☑ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_Jana L. Hernandez_, _Notary Public_
Signature and Title

JANA L. HERNANDEZ
NOTARY PUBLIC
STATE OF TEXAS
ID # 10886357
My Comm. Expires 06-28-2021

OSCA (7-04) SM60 For Court Use Only: Document ID# 19-SMOS-1320     1     (19SL-CC05634)                    Rules 54.06, 54.07, 54.14, 54.20, 506.500, 506.510 RSMo



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 19SL-CC05634 |
|---|---|
| Plaintiff/Petitioner:<br>GARY MATTINGLY | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 EAST LOCKWOOD<br>SAINT LOUIS, MO 63119 |
| vs. | |
| Defendant/Respondent:<br>MILLER TRANSPORTERS, INC.<br>DBA:  MILLER TRANSPORTERS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **DERYEL ROLLINS**
**Alias:**

712 BLUEBONNET LANE
MARSHALL, TX 75672



*COURT SEAL OF*

*ST. LOUIS COUNTY*

  You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
  **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>19-DEC-2019</u>
Date
Further Information:
AD

_____
Clerk

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.

*(Seal)*
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.   The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.   The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 19SL-CC05634 |
| Plaintiff/Petitioner:<br>GARY MATTINGLY | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 EAST LOCKWOOD<br>SAINT LOUIS, MO 63119 |
| Defendant/Respondent:<br>MILLER TRANSPORTERS, INC.<br>DBA:  MILLER TRANSPORTERS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:  MILLER TRANSPORTERS, INC.
DBA:  MILLER TRANSPORTERS
C/O CORPORATION SERVICE COMPAN
7716 OLD CANTON ROAD, SUITE C
MADISON, MS 39110



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__19-DEC-2019__
Date
Further Information:
AD

_____
Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
*(Seal)*                 ☐ the judge of the court of which affiant is an officer.
                         ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                         ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Mileage | $ _____ | ( _____ miles @ $ \_\_\_\_\_ per mile) |
| **Total** | $ _____ | |

*See the following page for directions to clerk and to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

### Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

**19SL-CC05634**

Electronically Filed - St Louis County - December 10, 2019 - 11:19 AM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

Gary Mattingly
_____
Plaintiff/Petitioner

vs.

Miller Transporters, Inc. d/b/a Miller Transporters et al.,
_____
Defendant/Respondent

December 10, 2019
_____
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                                    , pursuant
                        Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Moffett Process Services      1132 Ridgewood Blvd., Jackson, MX 39211      601-331-0047
Name of Process Server          Address                                   Telephone
 Dakota Process            400 S. Alamo Blvd., Ste D, Marshall TX 75670  903-503-7915
Name of Process Server    Address or in the Alternative                  Telephone

_____
Name of Process Server          Address or in the Alternative            Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                    SERVE:
 Miller Transporters, Inc. d/b/a Miller Transporters      Deryel Rollins
Name                                      Name
 7716 Old Canton Rd., Ste. C              712 BlueBonnet Lane
Address                                   Address
 Madison, MS 39110                        Marshall, TX 75672
City/State/Zip                            City/State/Zip

SERVE:                                    SERVE:

_____                 _____
Name                                      Name

_____                 _____
Address                                   Address

_____                 _____
City/State/Zip                            City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

                                          /s/ Matthew P. O'Grady
                                          _____
                                          Signature of Attorney/Plaintiff/Petitioner
By _____               47543
   Deputy Clerk                           Bar No.
                                           110 E. Lockwood Avenue, St. Louis, MO 63119
_____                 Address
Date                                       (314) 963-9000        (314) 227-7662
                                          Phone No.                Fax No.

CCADM62-WS    Rev. 08/16

Electronically Filed - St Louis County - December 10, 2019 - 11:19 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - December 10, 2019 - 11:19 AM

**19SL-CC05634**

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

GARY MATTINGLY            )
                                 )
     Plaintiff,           )
                                 )     Cause No.:
v.                           )
                                 )     Division No.:
MILLER TRANSPORTERS, INC.    )
d/b/a MILLER TRANSPORTERS,    )
                                 )
**Serve: Corporation Service Company**    )
       **7716 Old Canton Rd, Suite C**    )
       **Madison, MS 39110**    )
                                 )
AND                      )
                                 )
DERYEL ROLLINS,          )
                                 )
**Serve: Deryel Rollins**    )
       **712 BlueBonnet Lane**    )
       **Marshall, TX 75672**    )
                                 )
     Defendants.         )

## <u>PETITION</u>

**COMES NOW** Plaintiff, Gary Mattingly (hereinafter "Mattingly"), by and through his attorneys, Matthew P. O'Grady and OnderLaw, LLC, and for his causes of action against Defendants, Miller Transporters, Inc. d/b/a Miller Transporters (hereinafter "Miller Transporters") and Deryel Rollins (hereinafter "Rollins") states and shows the Court as follows:

1.      Plaintiff is and was at all times material hereto a resident and citizen of the State of Missouri.

2.      Defendant, Rollins, is and was at all times material hereto a resident and citizen of the State of Texas.

Electronically Filed - St Louis County - December 10, 2019 - 11:19 AM

3.      Defendant Miller Transporters is a Mississippi Corporation in good standing and conducts business in St. Louis County, Missouri.

4.      On or about May 15, 2017, Mattingly was operating an automobile owned by him, in a generally southbound direction along Interstate 270 in St. Louis County, Missouri, and came to a complete stop for traffic congestion.

5.      At the aforesaid time and place, a semi-truck trailer vehicle, owned by Miller Transporters, and operated by Rollins slammed into the rear of Mattingly's vehicle.

6.      At the aforesaid time and place of the collision, Rollins was the agent, servant and/or employee of Miller Transporters, performing tasks and duties within the course and scope of his employment, including driving and operating the semi-truck trailer vehicle, at the request of Miller Transporters and for Miller Transporters benefit, rendering Miller Transporters liable for the negligent acts and omissions of Rollins pursuant to principles of *respondeat superior*.

7.      At the aforesaid time and place, Rollins was negligent in the operation of the semi-truck trailer vehicle and failed to exercise the highest degree of care in one or more of the following respects, to writ:

    a.   Rollins failed to keep a careful and vigilant lookout;

    b.   Rollins was specifically negligent and negligent per se pursuant to the rear end collision doctrine;

    c.   Rollins was inattentive in the operation of the semi-truck trailer vehicle;

    d.   Rollins failed to stop or swerve, coming into contact with the motor vehicle operated by Mattingly;

    e.   Rollins failed to sound a warning;

Electronically Filed - St Louis County - December 10, 2019 - 11:19 AM

8.      At the time of the aforementioned collision and at all relevant times, Mattingly exercised the highest degree of care in the operation of his automobile and was not negligent.

9.      As a direct and proximate result of the conduct of Rollins, in one or more of the foregoing respects submitted above, Mattingly was caused to sustain financial anxiety and distress upon receipt of medical bills in the hundreds of thousands of dollars, as well as temporary disablement and disability, and surgery disc replacement is necessary as a result of his injuries. Mattingly underwent medical treatment for same and has incurred bills for past medical care and treatment in the amount of approximately Two Hundred Twenty-Nine Thousand, Three Hundred Two ($229,302.00) dollars related thereto.  Mattingly continues to experience symptoms of the aforementioned harm, injury, and losses, and the aforementioned harms and losses are continuing, and Mattingly will require future medical care and treatment, including surgery, and other future medical care and treatment including but not limited to physical therapy, for which necessary and reasonable future medical expenses will be reasonable and necessary for him to incur, and in a total amount to be determined upon the trial of this cause.

**WHEREFORE**, Plaintiff, Gary Mattingly, prays for Judgment against Defendants, Miller Transporters and Deryel Rollins, for a sum in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000), together with post-Judgment interest and interest at the legal rate allowed by law, the costs of this action, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**ONDERLAW, LLC**

By: */s/  Matthew P. O'Grady*
Matthew P. O'Grady, #47543
110 E. Lockwood Avenue
St. Louis, MO 63119
(314) 963-9000
(314) 963-1700 (facsimile)
ogrady@onderlaw.com

*Attorney for Plaintiff*

Electronically Filed - St Louis County - December 10, 2019 - 11:19 AM