UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY MATTINGLY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 4:20-CV-00116 JAR |
| MILLER TRANSPORTERS, INC., ET AL., | ) ) ) |
| Defendants. | |

### ORDER OF DISMISSAL

Pursuant to Plaintiff's Stipulation for Dismissal (Doc. No. 24),

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice,** with each party to bear their own costs.

Dated this 9th day of July, 2020.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**